UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUSEF S. PASHA, et al.,

                **Plaintiffs,**

-against-

C.R. BARD, INC., et al.,

                **Defendants.**

-----------------------------------------------------------------X

17-CV-07878 (LAK) (SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

On May 20, 2021, this matter was transferred back to this Court from the District of Arizona's multidistrict litigation, 2:17-cv-03899, MDL No. 2641. The parties are directed to file a joint status letter, no later than June 1, 2021, indicating what actions remain in this matter and whether this case is ready for trial.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              May 26, 2021