UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUSEF S. PASHA, et al.,

                              **Plaintiffs,**

          -against-

C.R. BARD, INC., et al.,

                              **Defendants.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2021

17-CV-07878 (LAK) (SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

        The parties are ordered to meet and confer, and to jointly file a proposed reasonable schedule for the additional limited discovery needed in this case no later than June 17, 2021. In addition, a telephonic scheduling conference is scheduled for June 18, 2021, at 2:00 p.m. At that time the parties should dial the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:       New York, New York
                  June 9, 2021