UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

YUSEF S. PASHA, et al.,

                **Plaintiffs,**

    -against-

C.R. BARD, INC., et al.,

                **Defendants.**

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2021

**17-CV-07878 (LAK) (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the Federal Government's recent recognition of the Juneteenth holiday, the telephonic conference scheduled for June 18, 2021, at 2:00 p.m. is ADJOURNED and RESCHEDULED for Monday, June 21, 2021, at 3:00 p.m. At that time the parties should dial the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: June 17, 2021
       New York, New York